**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7570

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ARTHUR A. MITCHELL,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Solomon Blatt, Jr., Senior District Judge. (9:03-cr-00590-SB)

Submitted: February 28, 2008          Decided: March 7, 2008

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Arthur A. Mitchell, Appellant Pro Se. Robert Hayden Bickerton, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur A. Mitchell appeals the district court's order denying his motions for preparation of a transcript at Government expense and an extension of time in which to file a 28 U.S.C. § 2255 (2000) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Mitchell, No. 9:03-cr-00590-SB (D.S.C. filed Oct. 9, 2007 & entered Oct. 10, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED